■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN H. BUTLER, Appellant. [60 NYS3d 899]—Appeal from a judgment of the Orleans County Court (James P. Punch, J.), rendered February 23, 2015. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a controlled substance in the fifth degree (Penal Law § 220.06). Defendant contends that County Court erred in determining, following a *Darden* hearing, that there was probable cause supporting a search warrant in the case. By pleading guilty before the court issued a suppression ruling with respect to the evidence seized pursuant to that search warrant, defendant waived his right to raise the issue of probable cause on appeal (*see People v Taylor*, 43 AD3d 1400, 1400-1401 [2007], *lv denied* 9 NY3d 1039 [2008]; *see generally People v Elmer*, 19 NY3d 501, 509 [2012]; *People v Fernandez*, 67 NY2d 686, 688 [1986]). Present—Smith, J.P., DeJoseph, Curran, Troutman and Winslow, JJ.